CELLINO & BARNES, P.C.
Attorneys for Plaintiff
350 Main St., 25th Floor
2500 Main Place Tower
Buffalo, New York 14202-3725
(716) 854-2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

09 - 0277 CRB

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 08-~~1946-CRB~~ <br><br> MDL NO. 1699 <br> District Judge: Charles R. Breyer |
| REBA SMITH-LEWIS, <br><br> Plaintiff, <br><br> vs. <br><br> PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC, <br> Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, REBA SMITH-LEWIS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: June 1, 2010                CELLINO & BARNES, P.C.

By: _____
Brian A. Goldstein, Esq.
Attorneys for Plaintiff
350 Main St., 25th Floor
2500 Main Place Tower
Buffalo, New York 14202-3725
(716) 854-2020

DATED: __10/7__, 2010

DLA PIPER LLP (US)

By: __/s/__

Matthew A. Holian, Esq.
Attorneys for Defendants
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
(617) 406-6009

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED

Dated: __10/14/2010__

Hon. Charles R. Breyer
United States District Court